# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA VOLLE,<br><br>        Plaintiff,<br><br>    v.<br><br>THUY NGUYEN,<br><br>        Defendant. | Case No. 18-cv-04277- NC<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Re: Dkt. No. 26 |

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice. In the event that the settlement is not reached, any party may move to reopen the case, provided that such motion is filed within thirty days. All pending deadlines and hearings are VACATED.

IT IS SO ORDERED.

Dated: May 23, 2019

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 18-04277 NC
ORDER OF CONDITIONAL DISMISSAL